**The Rienzi Company v. Commissioners of Lincoln Park and Charles E. Affeld, on appeal of Charles E. Affeld.**

**Gen. No. 20,612.    (Not to be reported in full.)**

Appeal from the Superior Court of Cook county; the Hon. JOHN M. O'CONNOR, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Reversed and remanded with directions. Opinion filed March 9, 1916. Rehearing denied March 21, 1916.

### Statement of the Case.

This appeal of Charles E. Affeld is taken from the same decree which was considered in *Rienzi Co. v. Commissioners of Lincoln Park, ante,* p. 218, in which proceedings he was one of the defendants in a cross-bill filed by the Commissioners of Lincoln Park. For

the reasons stated in that decision the decree is reversed with directions to enter a decree in favor of The Rienzi Company in accordance with the prayer in its bill as amended.

VINCENT D. WYMAN, OTTO W. JURGENS and CHARLES E. CARPENTER, for The Rienzi Company.

RICHBERG, ICKES & RICHBERG, for Charles E. Affeld.

FRANCIS O'SHAUGHNESSY, for Commissioners of Lincoln Park.

MR. PRESIDING JUSTICE GRIDLEY delivered the opinion of the court.